**FILED**

03/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0095

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA-21-0095

JADA KU,

Plaintiff and Appellant,

vs.

GREAT FALLS PUBLIC SCHOOLS,

Defendant and Appellee.

## NOTICE

On March 22, 2021, attorney J. David Slovak was appointed by this Court as a Mediator in the above-captioned matter. After preliminary review, I must decline the appointment due to a conflict of interest, in accordance with Rule 7, M.R.App.P. Please accept this Notice and appoint another Mediator.

DATED this 24th day of March, 2021.

/s/ J. David Slovak
J. David Slovak

# CERTIFICATE OF SERVICE

I, J. David Slovak, hereby certify that I have served true and accurate copies of the foregoing Notice - Other to the following on 03-24-2021:

Jean Elizabeth Faure (Attorney)
P.O. Box 2466
1314 Central Avenue
Great Falls MT 59403
Representing: Great Falls Public Schools
Service Method: eService

Jada Ku (Appellant)
300 56th Street South
Great Falls MT 59405
Service Method: Conventional

Electronically signed by Dawnell Komac on behalf of J. David Slovak
Dated: 03-24-2021